```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/21

Sunlight Financial LLC,

                Plaintiff,

    –v–

Hinkle, *et al.*,

                Defendants.

21-cv-06680 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiff's motion for a temporary restraining order and motion for a preliminary injunction. Dkt. No. 15. The Court strongly encourages the parties to confer again and make another attempt to reach an agreement on a temporary restraining order pending resolution of Plaintiff's motion for a preliminary injunction. If the parties are able to do so, by Friday, August 20, 2021 the parties are ordered to jointly submit a proposed order for the temporary restraining order, as well as a proposed briefing schedule and hearing date for the preliminary injunction motion.

    In the event the parties are unable to come to an agreement, Defendants' opposition to the motion for a temporary restraining order is due Friday, August 20, 2021 and Plaintiff's reply is due Monday, August 23, 2021. The Court determines that an emergency status conference is not necessary at this time and will resolve Plaintiff's motion for a temporary restraining order on the papers.

SO ORDERED.

Dated: August 18, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge