USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sunlight Financial LLC,

                Plaintiff,

     –v–

Hinkle, *et al.*,

                Defendants.

21-cv-06680 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court has received the parties' briefs pursuant to the Court's August 18, 2021 Order.
Dkt. Nos. 27, 30.  Because Defendants consent to a preliminary injunction with respect to some
aspects of Plaintiffs' motion, the Court will so-order Defendants' stipulated preliminary
injunction at this time.  The Court will hold oral argument on **August 31, 2021 at 11:00 A.M**. on
whether the remaining requests in Plaintiff's motion for a preliminary injunction should be
added.

      On or before August 25, 2021, the parties shall confer and submit a joint letter on
whether they seek an evidentiary hearing or whether they agree that Plaintiff's motion for a
preliminary injunction can be resolved on the papers with oral argument.  If the parties cannot
come to an agreement, they may state their respective positions in the joint letter.

      On or before August 26, 2021, Plaintiff is ordered to submit a brief, no longer than ten
pages double-spaced, stating specifically what provisions it requests to be added to the
preliminary injunction order, along with a short summary of the basis for those additions.
Plaintiff should attach to that brief a proposed amended preliminary injunction order that

includes the proposed additions.  Defendants may submit a reply, no longer than five pages double-spaced, on or before August 28, 2021.

       SO ORDERED.

Dated: August 24, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge