USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNLIGHT FINANCIAL LLC, et al.,

    Plaintiffs,

-against-

SAMUEL DUNCAN HINKLE, et al.,

    Defendants.

21-CV-6680 (AJN) (BCM)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed (1) plaintiffs' motion for expedited discovery dated August 31, 2021 (Dkt. No. 37), seeking certain third-party ESI "before it is permanently destroyed" and seeking to conduct several short depositions; and (2) defendants' response dated September 7, 2021 (Dkt. No. 43), opposing any expedited discovery because among other things, the stipulated preliminary injunction order precludes plaintiffs' request.

    The Court will conduct a discovery conference on **September 10, 2021, at 10:00 a.m.** The conference will be conducted remotely using the Court's videoconferencing technology (Microsoft Teams). Members of the public may join the conference by dialing (917) 933-2166 and entering the access code 581157704#. Chambers will email a video link to counsel in advance of the conference.

Dated: New York, New York
       September 8, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**