```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNLIGHT FINANCIAL LLC, et al.,

        Plaintiffs,

-against-

SAMUEL DUNCAN HINKLE, et al.,

        Defendants.

21-CV-6680 (AJN) (BCM)

**ORDER ADJOURNING CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

The discovery conference currently scheduled for September 10, 2021, at 10:00 a.m. is hereby ADJOURNED to **September 15, 2021, at 12:00 p.m.,** and will be conducted remotely using the Court's videoconferencing technology (Microsoft Teams). Members of the public may join the conference by dialing (917) 933-2166 and entering the access code 581157704#. Chambers will email a video link to counsel in advance of the conference.

At the conference, the Court will hear argument on plaintiffs' motion for expedited discovery. (Dkt. No. 37.) Defendants' letter-motion to "strike" plaintiffs' motion (Dkt. No. 40) is DENIED.

Dated: New York, New York
      September 9, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**