USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sunlight Financial LLC et al,<br><br>     Plaintiff,<br><br>  –v–<br><br>Hinkle et al,<br><br>     Defendants. | 21-cv-06680 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

  The Court previously scheduled an initial conference for November 5, 2021. Dkt. 49. However, because this case has been referred to Magistrate Judge Moses for general pretrial management, the November 5 conference before the Court is cancelled.

  SO ORDERED.

Dated: September 15, 2021
   New York, New York

                  _____
                    ALISON J. NATHAN
                   United States District Judge