

Philip H. Cohen
Tel 212.801.2145
Fax 212.224.6132
cohenp@gtlaw.com

July 26, 2022

Magistrate Judge Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007
Telephone: (212) 805-0228



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2022

**MEMO ENDORSED**

Re:   Sunlight Financial LLC, et al., v. Samuel Duncan Hinkle, et al.
      USDC Southern District of New York - Index No. 21-CV-6680 (JMF)(BCM)

Dear Magistrate Judge Moses:

On behalf of non-party Hudson Sustainable Group LLC ("Hudson"), we write to request a one-week extension of time – until August 4, 2022 – to submit the letter-brief this Court has permitted Hudson to file in the above-referenced case.

By Order dated July 21, 2022, the Court ordered that if "either Hudson or Muckleroy wishes to be heard with respect to the Muckleroy Google Drive and laptop, each such non-party may submit a letter-brief, in compliance with Moses Ind. Prac. § 1(d), no later than July 28, 2022." (Dckt. No 76.)

Hudson respectfully requests a one-week extension of time to file its letter-brief because in addition to other work-related obligations and deadlines, Hudson's counsel have: (1) a brief due before the Illinois Supreme Court on August 1, 2022; and (2) a response to a motion to compel in a private arbitration due on August 2, 2022. The requested extension will allow Hudson's counsel to work on the letter-brief after these other filings are submitted and to meet and confer with the parties to determine if they can resolve the Muckleroy-related issues. Counsel for all the parties have consented to the requested extension. Hudson has not previously sought any extensions in this case.

Respectfully,

Philip H. Cohen

Application GRANTED. SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge
July 27, 2022

cc:   Scott Mendeloff (MendeloffS@gtlaw.com)

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London.* Long Island. Los Angeles. Mexico City⁺. Miami. Milan». Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Francisco. Seoul∞. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv^. Tokyo*. Warsaw¬. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ˜Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

ADMIN 66359008v1                                                                                                                              www.gtlaw.com