UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNLIGHT FINANCIAL LLC, et al.,

          Plaintiffs,

-against-

SAMUEL DUNCAN HINKLE, et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2022

21-CV-6680 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      By Notice of Motion dated December 13, 2022 (Dkt. 89), nonparty Hudson Sustainable Group LLC (Hudson) seeks an emergency stay of this Court's Order dated December 7, 2022 (December 7 Order) (Dkt. 88), pending decision on Hudson's contemporaneously filed motion (Dkt. 91) to intervene for the purpose of seeking a modification of the Stipulated Amended Preliminary Injunction Order (PI Order) (Dkt. 35).

      The December 7 Order directed defendant Sunstone Credit, Inc. (Sunstone) and its employee Scott Muckleroy to turn over Muckleroy's Google Drive (the Muckleroy Drive) and laptop computer (the Muckleroy Laptop) to the parties' agreed-upon forensic expert (the Expert), as required by the PI Order (or to arrange for Hudson to do so), "so that the Expert can proceed with the agreed-upon review process with respect to their contents." Dec. 7 Order at 16.

      Defendants and Hudson have now confirmed that the previously-withheld portion of the Muckleroy Drive, and the entire Muckleroy Laptop, have been provided to the Expert. (Dkts. 96, 97.) The December 7 Order having been complied with, there is nothing left to stay. Consequently, it is hereby ORDERED that Hudson's stay motion is DENIED AS MOOT.

      It is further ORDERED that, at the request of Judge Furman, the undersigned Magistrate Judge will conduct a scheduling conference on **Monday, December 19, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, regarding Hudson's

motion to intervene and modify the PI Order. The parties – and Hudson – should come to the conference prepared to discuss, among other things, whether – now that the Muckleroy Sources are in the hands of the Expert – they can agree upon modifications to the PI Order that would adequately protect their respective interests.

 This Order disposes of the motion at Dkt. 89.

Dated: New York, New York
   December 15, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**