UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNLIGHT FINANCIAL LLC, et al.,

            Plaintiffs,

-against-

SAMUEL DUNCAN HINKLE, et al.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/03/2023

21-CV-6680 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      As discussed during today's conference, the parties (including proposed intervenor Hudson) are directed to meet and confer promptly, in real time and in good faith, in a further effort to agree upon modifications to the PI Order (Dkt. 35) that will adequately protect their respective interests. The parties shall advise the Court by joint letter, filed no later than **Friday, January 6, 2023**, whether they have reached an agreement. If the parties need more time to negotiate, they may so request by joint letter within the same time frame.

Dated: New York, New York
         January 3, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**