UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SUNLIGHT FINANCIAL LLC et al.,                                    :
                                                                  :
                        Plaintiffs,                               :
                                                                  :        21-CV-6680 (JMF)
        -v-                                                       :
                                                                  :            ORDER
SAMUEL DUNCAN HINKLE et al.,                                      :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will hold a telephone conference with the parties and Proposed Intervenor on **January 27, 2023**, at **10:00 a.m.** To access the conference, counsel should call 888-363-4749 and use access code 5421540#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for telephone conferences described in the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. Among other things, Rule 3(B)(i) requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      The parties are urged to continue their efforts to narrow, if not resolve, their disputes pending the conference. In the meantime, and unless and until the Court orders otherwise, **the Expert is permitted to retain custody of the Muckleroy Sources but shall not take any further steps to review or analyze their contents**.

      SO ORDERED.

Dated: January 18, 2023                           _____
      New York, New York                                JESSE M. FURMAN
                                                United States District Judge