```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SUNLIGHT FINANCIAL LLC et al.,                                    :
                                                                  :
                              Plaintiffs,                         :
                                                                  :        21-CV-6680 (JMF)
            -v-                                                   :
                                                                  :              ORDER
SAMUEL DUNCAN HINKLE et al.,                                      :
                                                                  :
                              Defendants.                         :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Hudson Sustainable Group, LLC's Motion to Intervene, ECF No. 91, is GRANTED.

- Plaintiffs and Hudson are directed to file a proposed modified preliminary injunction order (or new order that modifies the existing order) by **January 31, 2023**, at **12 p.m.** If they cannot agree on the modifications, they must file a redline indicating the disagreements, and should simultaneously file letter-briefs, not to exceed three pages each, explaining their respective positions.

- Hudson shall complete its review of the files on the Muckleroy laptop within **two weeks from the date of this Order.**

- The expert review shall be completed within **forty-five days from the date of this Order**.

- The parties shall participate in a mediation within **thirty days thereafter**. At that time, assuming the case has not settled, Plaintiffs and Defendants shall submit a joint status update to the Court with proposed next steps.

- Upon reflection, the Court is indeed withdrawing its reference to Magistrate Judge Moses for general pretrial purposes. The Court will enter an amended order of reference to Magistrate Judge Moses for settlement purposes so that the parties may utilize her services in connection with settlement if or when they wish.

The Clerk of Court is directed to terminate ECF No. 91.

SO ORDERED.

Dated: January 27, 2023  
New York, New York

_____  
JESSE M. FURMAN  
United States District Judge