UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
SUNLIGHT FINANCIAL LLC et al., :
 :
                Plaintiffs, :
 : 21-CV-6680 (JMF)
   -v- :
 : ORDER
 :
SAMUEL DUNCAN HINKLE et al., :
 :
                Defendants. :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In their joint letter motions for extension of time to file responsive pleadings to Plaintiffs' Complaint, *see* ECF Nos. 130 and 132, the had parties stated that they had reached a resolution in principle and required additional time to draft an agreement. On August 23, 2023, however, Defendants filed an Answer to Plaintiffs' Complaint. *See* ECF No. 134.

      In light of the Answer, the parties shall submit a joint status letter by **August 28, 2023**, reporting on the status of their settlement agreement and whether the Court should hold a conference (and, if so, for what reason(s), such as settlement or discovery).

      SO ORDERED.

Dated: August 24, 2023                   _____
      New York, New York               JESSE M. FURMAN
                                      United States District Judge